## UNITED STATES v. PILDITCH.

(Circuit Court, S. D. New York. January 22, 1900.)

### No. 2,461.

CUSTOMS DUTIES—REVIEW OF APPRAISAL—SUFFICIENCY OF PROTEST.
    The fact that the protest of an importer against an assessment for duty fails to state under what provision or what law it is claimed the merchandise should be assessed does not render it insufficient, where, on appeal; the right paragraph is found and the correct duty imposed.

This is an application by the collector of custom at New York for a review of the decision of the board of general appraisers.

The duty was assessed at 30 per cent. ad valorem, as within the specific enumeration of boiler or other plate iron or steel valued above 1½ cents, and not over 4 cents, per pound, in paragraph 114 of the tariff act of August 28, 1894. The importer protested that the duty should be assessed at 1 $2/10$ cents per pound, but without stating under what section of the act (or any act) this was provided for. The board of general appraisers decided that the merchandise was sheet steel in strips, and nearly all was valued at above 4 cents per

pound, and was similar to the steel in U. S. v. Wetherell, 13 C. C. A. 264, 65 Fed. 987. The protests were therefore overruled, and the appraisal of the collector of customs affirmed.

Curie & Smith, for importer.

Chas. D. Baker, Asst. U. S. Atty.

WHEELER, District Judge. The protest does not point out the paragraph claimed under, in the act of 1894, imported under, nor that law, nor any law, as the foundation of the protest. Otherwise, it is like that in U. S. v. Salambier, 170 U. S. 621, 18 Sup. Ct. 771, 42 L. Ed. 1167, which pointed out the claim as "under existing laws." Such claims are, of course, under law and existing laws, and this distinction seems to be without adequate foundation. Under the protest the right paragraph was found, and the correct duty has been exacted. This would seem to be enough, there being no one wronged complaining or to complain. Decision affirmed.